**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FULCRUM BIOENERGY, INC., et al.,<br><br>                                         Debtors. | Chapter 11<br><br>Case No. 24-12008 (TMH)<br><br>(Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Adam J. Goldberg of Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020, to represent Switch, Ltd. in the above-captioned cases and any related proceedings.

| | |
|---|---|
| Dated: September 11, 2024 | */s/ Michael J. Merchant*<br>Michael J. Merchant (No. 3854)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Email: merchant@rlf.com |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

| | |
|---|---|
| Dated: September 11, 2024 | */s/ Adam J. Goldberg*<br>Adam J. Goldberg<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Email: adam.goldberg@lw.com |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

RLF1 31469743v.2