**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FULCRUM BIOENERGY, INC., *et al.,* | ) Case No. 24-12008 (TMH) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned chapter 11 cases as counsel to ThermoChem Recovery International, Inc. pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **COLE SCHOTZ P.C.** |
| Melissa M. Hartlipp, Esq. | Irving E. Walker, Esq. |
| 500 Delaware Avenue, Ste. 1410 | 1201 Wills Street, Suite 320 |
| Wilmington, Delaware 19801 | Baltimore, MD 21231 |
| Telephone: (302) 652-3131 | Telephone: (410) 230-0660 |
| Facsimile: (302)652-3117 | Facsimile: (410) 230-0667 |
| mhartlipp@coleschotz.com | iwalker@coleschotz.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand-delivery, telephone, facsimile transmission or otherwise, in these cases.

40000/0600-48445605v1

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Date: September 11, 2024 | **COLE SCHOTZ P.C.** |
| | |
| | */s/ Melissa M. Hartlipp* |
| | Melissa M. Hartlipp (No. 7063) |
| | 500 Delaware Avenue, Ste. 1410 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 652-3131 |
| | Facsimile: (302) 652-3117 |
| | mhartlipp@coleschotz.com |
| | |
| | -and- |
| | |
| | Irving E. Walker, Esq. (*pro hac vice* admission pending) |
| | 1201 Wills Street, Suite 320 |
| | Baltimore, MD 21231 |
| | Telephone: (410) 230-0660 |
| | Facsimile: (410) 230-0667 |
| | iwalker@coleschotz.com |
| | |
| | *Attorneys for ThermoChem Recovery International, Inc.* |