## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FULCRUM BIOENERGY, INC., *et al.*, | Case No. 24-12008 (TMH) |
| Debtors.[1] | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Rossmery Martinez, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the proposed claims and noticing agent for the Debtors in the above-captioned case.

On September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent, Effective *Nunc Pro Tunc* to the Petition Date** [Docket No. 4]

- **Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief** [Docket No. 5]

- **Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Granting Related Relief** [Docket No. 6]

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and (II) Granting Related Relief** [Docket No. 7]

---

[1]  The Debtors and Debtors in possession in these chapter 11 cases, along with each debtor's federal tax identification numbers are: Fulcrum BioEnergy, Inc. (3733); Fulcrum Sierra BioFuels, LLC (1833); Fulcrum Sierra Finance Company, LLC (4287); and Fulcrum Sierra Holdings, LLC (8498). The location of the Debtors' service address is: Fulcrum BioEnergy Inc., P.O. Box 220 Pleasanton, CA 94566. All Court filings can be accessed at: https://www.veritaglobal.net/Fulcrum.

- **Debtors' Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief** [Docket No. 8]

- **Declaration of Mark Smith, Restructuring Advisor to Fulcrum BioEnergy, Inc., in Support of the Chapter 11 Petitions and First Day Motions** [Docket No. 9]

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief** [Docket No. 10]

- **Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Bondholders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** [Docket No. 11]

- **Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief** [Docket No. 12]

- **Notice of Hearing to Consider First Day Pleadings** [Docket No. 13]

- **Amended Notice of (I) Filing of Chapter 11 Petitions and Related Documents and (II) Agenda for Hearing Scheduled for September 12, 2024, at 11:00 a.m. (Eastern Time)** [Docket No. 15]

*(Continued on Next Page)*

2

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via Overnight Mail upon the service list attached hereto as **Exhibit D**:

- **Debtors' Application for Entry of an Order Appointing Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent, Effective *Nunc Pro Tunc* to the Petition Date** [Docket No. 4]

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to Operate Their Cash Management System and (II) Granting Related Relief** [Docket No. 7]

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief** [Docket No. 10]

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Overnight Mail upon the service list attached hereto as **Exhibit E**:

- **Debtors' Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief** [Docket No. 8]

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Overnight Mail upon the service list attached hereto as **Exhibit F**:

- **Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Insurance Programs and Surety Bond Program, (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief** [Docket No. 10]

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit G**; and via Overnight Mail upon the service lists attached hereto as **Exhibit H** and **Exhibit L**:

- **Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Bondholders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** [Docket No. 11]

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit G** and **Exhibit J**, **Exhibit K**; and via Overnight Mail upon the service lists attached hereto as **Exhibit H**, **Exhibit I**, **Exhibit L**:

- **Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving the Debtors' Entry Into Stalking Horse Agreement and Related Bid Protections (C) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (D) Scheduling an Auction and Sale Hearing; (E) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases; and (III) Certain Related Relief** [Docket No. 12]

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service lists attached hereto as **Exhibit C**, **Exhibit G**, **Exhibit J**, and **Exhibit K**; via Facsimile upon the service list attached hereto as **Exhibit M**; and via Overnight Mail upon the service lists attached hereto as **Exhibit D**, **Exhibit E**, **Exhibit F**, **Exhibit H**, **Exhibit I**, **Exhibit L**:

- **Notice of Hearing to Consider First Day Pleadings** [Docket No. 13]

- **Amended Notice of (I) Filing of Chapter 11 Petitions and Related Documents and (II) Agenda for Hearing Scheduled for September 12, 2024, at 11:00 a.m. (Eastern Time)** [Docket No. 15]

Furthermore, on September 11, 2024, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit G**:

*(Continued on Next Page)*

- **Notice of Filing of Revised Proposed Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Authorizing the Debtors to Obtain Senior Secured Superpriority Postpetition Financing; (II) Granting (A) Liens and Superpriority Administrative Expense Claims and (B) Adequate Protection to Certain Prepetition Bondholders; (III) Authorizing Use of Cash Collateral; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief** [Docket No. 39]

Dated: September 11, 2024

*/s/ Rossmery Martinez*
Rossmery Martinez
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor | Aegion Energy Services, Inc (Brinderson, LLC) | Andrea Creech | Andrea.Creech@brinderson.com |
| Top 30 Creditor | Air Products | Robert Pollack | rlpollak@glassberg-pollak.com |
| Top 30 Creditor | Airgas USA, LLC | Carmela Eclarinal-Lopez | carmela.eclarinal-lopez@airgas.com |
| Top 30 Creditor | Ankura Intermediate Holdings, LP | Toshikazu Dezaki | toshi.dezaki@ankura.com |
| Top 30 Creditor | Apex Grading & Paving, Inc. | Ryan Berindean | ryan@apexgp.net |
| Top 30 Creditor | Aquatech International, LLC | AR Muthiah | muthiaha@aquatech.com |
| Top 30 Creditor | ARVOS GmbH - Schmidtsche Schack | Klaus Maurer | klaus.maurer@arvos-group.com |
| Top 30 Creditor | Becht Engineering Co., Inc. | Haley Bechtle | hbechtle@becht.com |
| Top 30 Creditor | Black & Veatch Corporation | Sonia Afifi | AfifiSN@BV.com |
| Top 30 Creditor | C2C Technical Services LLC | Alysha Guice | alysha.guice@c2cts.com |
| Counsel to ThermoChem Recovery International,  Inc. | Cole Schotz P.C. | Irving E. Walker, Esq. | iwalker@coleschotz.com |
| Counsel to ThermoChem Recovery International,  Inc. | Cole Schotz P.C. | Melissa M. Hartlipp, Esq. | mhartlipp@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Top 30 Creditor | Deloitte & Touche LLP | Barry Shoemake | bshoemake@deloitte.com |
| Top 30 Creditor | DLA Piper LLP | Christopher Lynne | christopher.lynne@us.dlapiper.com |
| Top 30 Creditor | Dresser-Rand Group Inc | Jeff Crouch | jeffrey.crouch@siemens.com |
| Top 30 Creditor | Hogan Lovells | Nigeria Rolling-Ford | nigeria.rolling-ford@hoganlovells.com |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | Johnson Matthey Davy Technologies Ltd | Nigel Gamble | nigel.gamble@matthey.com |
| Top 30 Creditor | JT Thorpe Industrial Inc. | Kami Hardman | 1ttiar@jtthorpe.com; kami.hardman@jtthorpe.com |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Kramer Levin Naftalis & Frankel LLP | Amy Caton, Alexander Woolverton, Douglas Buckley and Benjamin S. Sieck | acaton@kramerlevin.com; awoolverton@kramerlevin.com; dbuckley@kramerlevin.com; bsieck@kramerlevin.com |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Adam J. Goldberg, Brian S. Rosen and Meghana Vunnamadala | adam.goldberg@lw.com; brian.rosen@lw.com; meghana.vunnamadala@lw.com |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Daniel E. Rees | daniel.rees@lw.com |
| Top 30 Creditor | Linde Inc. | Adrian Deneys | Adrian.Deneys@linde.com |
| Top 30 Creditor | Marathon Petroleum Company | Brandon Aycock | baycock@marathonpetroleum.com |
| Counsel for Waste Management | Monzack Mersky and Browder, P.A. | Rachel B. Mersky | rmersky@monlaw.com |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | U. S. Department of Justice | rosa.sierra@usdoj.gov; rosa.sierra-fox@usdoj.gov |
| Counsel to Switch, Ltd. | Richards, Layton & Finger, P.A. | Michael J. Merchan, Amanda R. Steele and Emily R. Mathews | merchant@rlf.com; steele@rlf.com; mathews@rlf.com |
| Top 30 Creditor | Savage Services Corporation | Amy Smedley | amysmedley@savageservices.com |
| Top 30 Creditor | Schmueser & Associates, LLC | Jay Thompson Larry Schmueser III | LS3@sabuilds.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor | Siemens Energy, Inc. | Ed Shea | edward.shea@siemens-energy.com |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Top 30 Creditor | Southern Industrial Constructors, Inc. | Nicole Castle | nicole.castle@southernindustrial.com |
| Top 30 Creditor | Spartan Companies 300 LLC | Dillon Hall | dhall@spartancos.com |
| Top 30 Creditor | Specialty Welding & Turnarounds, LLC | Jimmy Quick | jquick@swatservice.com |
| Top 30 Creditor | The Colt Group Intermediate Holdings, LP | Jennifer Watson | jennifer.watson@coltgrp.com |
| UMB Bank, N.A. | UMB Bank, N.A. | Michael Slade | michael.slade@umb.com |
| Top 30 Creditor | United Rentals (North America), Inc. | Stephanie Lasne | slasne@ur.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor | Washington Mills Electro Minerals Corp. | Kathy Dundas | kdundas@washingtonmills.com |
| Top 30 Creditor | Waste Management | Herbert Hochmayer | hhochmay@wm.com |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | Andrew Magaziner | amagaziner@ycst.com |

Exhibit B

**Exhibit B**
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Aegion Energy Services, Inc (Brinderson, LLC) | Andrea Creech | 18841 S. Broadwalk St., Suite 200 | | | Rancho Dominguez | CA | 90220 | |
| Top 30 Creditor | Air Products | Robert Pollack | 1940 Air Products Blvd. | | | Allentown | PA | 18106-5500 | |
| Top 30 Creditor | Airgas USA, LLC | Carmela Eclarinal-Lopez | 259 North Radnor-Chester Rd., Suite 100 | | | Radnor | PA | 19087-5283 | |
| Top 30 Creditor | Ankura Intermediate Holdings, LP | Toshikazu Dezaki | 485 Lexington Ave., 10th Floor | | | New York | NY | 10017-2619 | |
| Top 30 Creditor | Apex Grading & Paving, Inc. | Ryan Berindean | PO Box 19045 | | | Reno | NV | 89511 | |
| Top 30 Creditor | Aquatech International, LLC | AR Muthiah | 1 Four Coins Drive | | | Canonsburg | PA | 15317 | |
| Top 30 Creditor | ARVOS GmbH - Schmidtsche Schack | Klaus Maurer | Parsevalsrabe 9A | | | Dusseldorf | | D-40468 | Germany |
| Top 30 Creditor | Becht Engineering Co., Inc. | Haley Bechtle | 22 Church Street | | | Liberty Corner | NJ | 7938 | |
| Top 30 Creditor | Black & Veatch Corporation | Sonia Afifi | 11401 Lamar Avenue | | | Overland Park | KS | 66211 | |
| Top 30 Creditor | C2C Technical Services LLC | Alysha Guice | 31B S Logan Street | | | Texas City | TX | 77590-8346 | |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Counsel to ThermoChem Recovery International,  Inc. | Cole Schotz P.C. | Irving E. Walker, Esq. | 1201 Wills Street, Suite 320 | | | Baltimore | MD | 21231 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| Top 30 Creditor | Deloitte & Touche LLP | Barry Shoemake | 30 Rockefeller Plaza | | | New York | NY | 10112 | |
| Top 30 Creditor | DLA Piper LLP | Christopher Lynne | 2000 University Ave. | | | Palo Alto | CA | 94303 | |
| Top 30 Creditor | Dresser-Rand Group Inc | Jeff Crouch | 1200 W Sam Houston Pkwy N | | | Houston | TX | 77043 | |
| Top 30 Creditor | Hogan Lovells | Nigeria Rolling-Ford | 555 13th St. NW | | | Washington | DC | 20004 | |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Top 30 Creditor | Johnson Matthey Davy Technologies Ltd | Nigel Gamble | 10 Eastbourne Terrace | | | London | | W2 6LG | United Kingdom |
| Top 30 Creditor | JT Thorpe Industrial Inc. | Kami Hardman | 1132 South 500 West | | | Salt Lake City | UT | 84101 | |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Kramer Levin Naftalis & Frankel LLP | Amy Caton, Alexander Woolverton, Douglas Buckley and Benjamin S. Sieck | 1177 Avenue of the Americas | | | New York | NY | 10036 | |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Adam J. Goldberg, Brian S. Rosen and Meghana Vunnamadala | 1271 Avenue of the Americas | | | New York | NY | 10020 | |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Daniel E. Rees | 650 Town Center Drive, Floor 20 | | | Costa Mesa | CA | 92626 | |
| Top 30 Creditor | Linde Inc. | Adrian Deneys | 10 Riverview Dr. | | | Danbury | CT | 06810 | |
| Top 30 Creditor | Marathon Petroleum Company | Brandon Aycock | 539 South Main St | | | Findlay | OH | 45840 | |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | U. S. Department of Justice | Rosa Sierra-Fox | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Top 30 Creditor | Rustic Canyon Ventures III LP | | 1025 Westwood Blvd, 2nd Floor | | | Los Angeles | CA | 90024 | |
| Top 30 Creditor | Savage Services Corporation | Amy Smedley | 901 W. Legacy Center Way | | | Midvale | UT | 84047 | |

**Exhibit B**
Core/2002 Service List
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Schmueser & Associates, LLC | Jay Thompson Larry Schmueser III | 811 22 Road | | | Grand Juntion | CO | 81505 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 Creditor | Siemens Energy, Inc. | Ed Shea | 229 First Street | | | Painted Post | NY | 14870 | |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| Top 30 Creditor | Southern Industrial Constructors, Inc. | Nicole Castle | 6101 Triangle Drive | | | Raleigh | NC | 27617 | |
| Top 30 Creditor | Spartan Companies 300 LLC | Dillon Hall | 116 West 100 South | | | Richmond | UT | 84333 | |
| Top 30 Creditor | Specialty Welding & Turnarounds, LLC | Jimmy Quick | 40492 Cannon Road | | | Gonzales | LA | 70737 | |
| Top 30 Creditor | Teachers Insurance and Annuity Association of America (PCL Administration LLC as agent) | | 730 Third Avenue | | | New York | NY | 10017 | |
| Top 30 Creditor | The Colt Group Intermediate Holdings, LP | Jennifer Watson | 626 N. 16th St | | | La Porte | TX | 77571 | |
| UMB Bank, N.A. | UMB Bank, N.A. | Michael Slade | 120 South Sixth Street, Ste 1400 | | | Minneapolis | MN | 55402 | |
| Top 30 Creditor | United Rentals (North America), Inc. | Stephanie Lasne | 100 Stamford Pl., Suite 700 | | | Stamford | CT | 06902-9200 | |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530 | |
| Top 30 Creditor | Washington Mills Electro Minerals Corp. | Kathy Dundas | 1801 Buffalo Avenue | | | Niagara Falls | NY | 14302 | |
| Top 30 Creditor | Waste Management | Herbert Hochmayer | Lockwood Regional Landfill | PO Box 541065 | | Los Angeles | CA | 90054-1065 | |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | Andrew Magaziner | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |

Exhibit C

**Exhibit C**

Banks Service List

Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Allspring Global Investments | Genia Tsvetkova | etsvetkova@allspring-global.com |
| JP Morgan | Joe Mako | joseph.a.mako@jpmorgan.com |
| JP Morgan Escrow | Jane Yang | Jane.yang@jpmorgan.com |
| Wells Fargo Bank | Brad Hersey | brad.hershey@wellsfargo.com |

Exhibit D

**Exhibit D**
Banks Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Allspring Global Investments | Genia Tsvetkova | 1415 Vantage Park Drive | Charlotte | NC | 28203 |
| JP Morgan | Joe Mako | 1111 Polaris Pkwy, Floor 2F | Columbus | OH | 43240 |
| JP Morgan Escrow | Jane Yang | 575 Washington Blvd | Jersey City | NJ | 07310 |
| Wells Fargo Bank | Brad Hersey | 1655 Grant Street, 3rd Floor | Concord | CA | 94520 |

Exhibit E

**Exhibit E**
Utilities Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| AT&T | | 208 S. Akard St. | Dallas | TX | 75202 |
| Canyon General Improvement District | | 800 Peri Ranch Rd, | Sparks | NV | 89434 |
| NV Energy | | 6100 Neil Rd, | Reno | NV | 89511 |
| Sky Fiber Internet | | 8975 Double Diamond Parkway A9 | Sparks | NV | 89434 |
| Tri General Improvement District | | 440 USA Parkway | McCarran | NV | 89437 |
| Waste Management | Lockwood Regional Landfill | PO Box 54165 | Los Angeles | CA | 90054 |

Exhibit F

**Exhibit F**
Insurance Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AIG/National Union Fire Insurance Company of Pittsburgh, PA | | 1271 Avenue of the Americas | Floor 37 | New York | NY | 10020-1304 |
| Argonaut Insurance Company | | 225 West Washington Street | 24th Floor | Chicago | IL | 60606 |
| Chubb - Federal Insurance Company | Chubb Group of Insurance Companies | 202B Halls Mill Road | | Whitehouse Station | NJ | 08889 |
| Chubb Indemnity Insurance Company | Chubb Group of Insurance Companies | 202B Halls Mill Road | | Whitehouse Station | NJ | 08889 |
| Endurance American Specialty Insurance Company | | 1221 Avenue of the Americas | | New York | NY | 10020 |
| Everest National Insurance Company | | 100 Everest Way | | Warren | NJ | 07059 |
| Great American Insurance Group | Great American Insurance Company | Environmental Division | 31 St. James Avenue | Boston | MA | 02116 |
| Indian Harbor Insurance Company/XL Catlin | Indian Harbor Insurance Company | 101 California Street | Suite 1150 | San Francisco | CA | 94111 |
| RSUI Indemnity Company | | 945 East Paces Ferry Road | | Atlanta | GA | 30326-1160 |
| Sompro/Endurance American Specialty Insurance Company | Endurance American Specialty Insurance Company | 1221 Avenue of the Americas | | New York | NY | 10020 |
| Starr Indemnity & Liability Co. | Starr Indemnity & Liability Company | 399 Park Avenue | Mezzanine Level | New York | NY | 10022 |
| Starr Surplus Lines Insurance Company | | 399 Park Avenue | 8th Floor | New York | NY | 10022 |
| Starr Technical Risks Agency | Starr Surplus Lines Insurance Company | 399 Park Avenue | 2nd Floor | New York | NY | 10022 |

In re Fulcrum BioEnergy, Inc., et al.,
Case No. 24-12008 (TMH)

Exhibit G

**Exhibit G**
Lienholders Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Abeinsa Abener Teyma GP | Snell & Wilmer, Alex L. Fugazzi, Attorney for Abeinsa Abener Teyma GP | Jeffrey.bland@abengoa.com |
| American Piping Products | Castronova Law Offices, Stephen G. Castronova, Attorney for American Piping | tsmith@amerpipe.com |
| American Piping Products | Tracy Smith | tsmith@amerpipe.com |
| Apex Grading & Paving, Inc. | Ryan Berindean | ryan@apexgp.net |
| Aquatech International, LLC | Betty Lou Patnesky | patnesky@aquatech.com |
| Arvos GMBH | Klaus Maurer | klaus.maurer@arvos-group.com |
| Baker Rescue Services, Inc. | David Baker | David@BakerRescueServices.com |
| Black & Vetch Corporation | Sonia Afifi | AfifiSN@BV.com |
| Brinderson, LLC | Aegion Energy Services - Brinderson | Andrea.Creech@brinderson.com |
| C2C Technical Services, LLC | Alysha Guice | alysha.guice@c2cts.com |
| Colt Services, LLC | Peel Brimley LLP, Cary B. Domina, Attorney for Colt Services | becca.bates@coltgrp.com. |
| Herc Rentals, Inc. | | HercAR@hercrentals.com |
| JT Thorpe Industrial, Inc. (DBA Liberty Industrial Group) | Kami Hardman | kami.hardman@jtthorpe.com |
| Pro-Surve Technical Services, LLC | Bradie Burke | Bradie.Burke@pro-serve.com |
| Schmueser & Associates, LLC | Larry Schmueser III | LS3@sabuilds.com |
| Southern Industrial Constructors, Inc. | Nicole Castle | nicole.castle@southernindustrial.com |
| Specialty Welding & Turnaround | Jimmy Quick | jquick@swatservice.com |
| ThermoChem Recovery International, Inc. (TRI) | Tom Heseltine | theseltine@tri-inc.net |

Exhibit H

**Exhibit H**

Lienholders Service List

Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Abeinsa Abener Teyma GP | ICC International Court of Arbitration, Marcus Taverner, President Arbitral Tribunal | Keating Chambers | 15 Essex Street | London | | WC2R 3AA | United Kingdom |
| Abeinsa Abener Teyma GP | Snell & Wilmer, Alex L. Fugazzi, Attorney for Abeinsa Abener Teyma GP | 1700 South Pavilion Center Drive | Suite 700 | Las Vegas | NV | 89135 | |
| American Piping Products | Castronova Law Offices, Stephen G. Castronova, Attorney for American Piping | 605 Forest Street | | Reno | NV | 89509 | |
| American Piping Products | Tracy Smith | 825 MARYVILLE CENTRE DRIVE | STE 310 | CHESTERFIELD | MO | 63017 | |
| Apex Grading & Paving, Inc. | Castronova Law Offices, Stephen G. Castronova, Attorney Apex Grading | 605 Forest Street | | Reno | NV | 89509 | |
| Apex Grading & Paving, Inc. | Ryan Berindean | PO Box 19045 | | Reno | NV | 89511 | |
| Aquatech International, LLC | Betty Lou Patnesky | 1 FOUR COINS DRIVE | | CANONSBURG | PA | 15317 | |
| Arvos GMBH | Klaus Maurer | Parsevalslrabe 9A | SCHMIDTSCHE SCHACK | Dusseldorf | | D-40468 | GERMANY |
| Baker Rescue Services, Inc. | Cummins & White, LLP, J.Thomas Gilbert, Attorney for Baker Rescue | 2424 S.E. Bristol Street | Suite 300 | Newport Beach | CA | 92660 | |
| Baker Rescue Services, Inc. | David Baker | 19744 Beach Blvd. #366 | | Huntington Beach | CA | 92648 | |
| Black & Vetch Corporation | Sonia Afifi | 11401 Lamar Avenue | | Overland Park | KS | 66211 | |
| Brinderson, LLC | Aegion Energy Services - Brinderson | Andrea Creech | 18841 S. Broadwick Street, Suite 200 | Rancho Dominguez | CA | 90220 | |
| C2C Technical Services, LLC | Alysha Guice | 31B S Logan Street | | Texas City | TX | 77590-8346 | |
| C2C Technical Services, LLC | Holley Driggs, Ltd., Brian W. Boschee, Attorney for C2C Technical Services | 300 South Fourth Street | Suite 1600 | Las Vegas | NV | 89101 | |
| Colt Services, LLC | Peel Brimley LLP, Cary B. Domina, Attorney for Colt Services | 3333 E. Serene Avenue | Suite 200 | Henderson | NV | 89074 | |
| Herc Rentals, Inc. | | P.O. Box 936257 | | Atlanta | GA | 31193 | |
| JT Thorpe Industrial, Inc. (DBA Liberty Industrial Group) | Kami Hardman | 1132 South 500 West | | Salt Lake City | UT | 84101 | |
| Pro-Surve Technical Services, LLC | Bradie Burke | 1265 Butler Road | | League City | TX | 77573 | |
| Schmueser & Associates, LLC | Larry Schmueser III | 811 22 ROAD | | GRAND JUNCTION | CO | 81505 | |
| Schmueser & Associates, LLC | Viloria, Oliphant, Oster & Aman L.L.P., R. Shawn Oliphant, Attorney for Schmueser & Associates | 327 California Ave | | Reno | NV | 89509 | |
| Southern Industrial Constructors, Inc. | Lanak & Hanna, P.C., David R. Johnson, Attorney for Southern Industrial Constructors, Inc | 8375 W. Flamingo Road | #102 | Las Vegas | NV | 89147 | |
| Southern Industrial Constructors, Inc. | Nicole Castle | 6101 Triangle Drive | | Raleigh | NC | 27617 | |
| Specialty Welding & Turnaround | Jimmy Quick | 40492 CANNON ROAD | | GONZALES | LA | 70737 | |
| ThermoChem Recovery International, Inc. (TRI) | Tom Heseltine | 3700 KOPPERS STREET, SUITE 530 | | BALTIMORE | MD | 21227 | |

Exhibit I

**Exhibit I**

State Taxing and Environmental Agencies Service List

Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CA Franchise Tax Board | Business Entity Bankruptcy MS A345 | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| CA Franchise Tax Board | Legal Division | PO Box 1720 | | Rancho Cordova | CA | 95741-1720 |
| California Department of Tax and Fee Administration | Account Information Group, MIC:29 | PO Box 942879 | | Sacramento | CA | 94279-0029 |
| California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC:74 | PO Box 942879 | | Sacramento | CA | 94279-0074 |
| California Environmental Protection Agency | Headquarters Building | 1001 I Street | P.O. Box 2815 | Sacramento | CA | 95814 |
| California State Board of Equalization | Legal Department, MIC:121 | 450 N St. | P.O. Box 942879 | Sacramento | CA | 94279-0029 |
| California State Board of Equalization | | 3321 Power Inn Road, Suite 210 | | Sacramento | CA | 95826 |
| Environmental Protection Agency | | Atlanta Federal Center | 61 Forsyth Street SW | Atlanta | GA | 30303-3104 |
| Environmental Protection Agency | | 77 West Jackson Blvd. | | Chicago | IL | 60604-3507 |
| Environmental Protection Agency | | 75 Hawthorne Street | | San Francisco | CA | 94105 |
| Indiana Dept of Environmental Mgmt | Office of Legal Counsel | 100 North Senate Ave | | Indianapolis | IN | 46204-2251 |
| Indiana Dept of Revenue | Bankruptcy Section | 100 North Senate Avenue, MS 108 | | Indianapolis | IN | 46204 |
| Nevada Dept of Conservation & Natural Resources | Division of Environmental Protection | 901 S. Stewart St Suite 1003 | | Carson City | NV | 89701-5249 |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 1550 College Pkwy Ste 115 | | Carson City | NV | 89706 |
| Nevada Dept of Taxation | Attn Bankruptcy Dept | 700 E. Warm Springs Rd. 2nd Floor | | Las Vegas | NV | 89119 |
| South Carolina Dept of Health & Environment | | 2600 Bull St | | Columbia | SC | 29201 |
| South Carolina Dept of Revenue | Corporate Tax | PO Box 125 | | Columbia | SC | 29214-0400 |
| South Carolina Dept of Revenue | | 300A Outlet Pointe Blvd | | Columbia | SC | 29210 |
| U.S. Environmental Protection Agency | Office of General Counsel | 1200 Pennsylvania Ave NW | 2310A | Washington | DC | 20460 |
| USEPA William Jefferson Clinton Building | | 1200 Pennsylvania Ave NW | | Washington | DC | 20004 |

Exhibit J

**Exhibit J**
State Department of Revenue Service List
Served via Electronic Mail

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| California Department of Tax and Fee Administration | Account Information Group, MIC:29 | LegalSOB@cdtfa.ca.gov |
| California Department of Tax and Fee Administration | Collections Support Bureau Bankruptcy Team, MIC:74 | LegalSOB@cdtfa.ca.gov |
| California State Board of Equalization | | SacramentoInquiries@cdtfa.ca.gov |
| Environmental Protection Agency | | r9.info@epa.gov |
| Indiana Dept of Revenue | Bankruptcy Section | callen@dor.in.gov |
| South Carolina Dept of Health & Environment | | info@dhec.sc.gov |
| South Carolina Dept of Revenue | Corporate Tax | CorpTax@dor.sc.gov |

Exhibit K

**Exhibit K**
Interested Parties
Served via Electronic Mail

**[Names and email addresses of parties who have expressed an interest in acquiring certain assets have been redacted for confidentiality.]**

Exhibit L

**Exhibit L**

Prepetition Secured Parties Service List
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| BP Technology Ventures Limited | | Chertsey Road | | | Sunbury on Thames | Middlesex | TW16 7BP | United Kingdom |
| Cathay Pacific Airways Limited | | 33rd Floor | One Pacific Place | 88 Queensway | Hong Kong | | | Hong Kong |
| Crestline Praeter, L.P.-Fulcrum | | 201 Main Street, Suite 1900 | | | Fort Worth | TX | 76102 | |
| Newtop Partners | c/o Gibson Dunn & Crutcher | 2029 Century Park East | Suite 4000 | | Los Angeles | CA | 90067 | |
| Newtop Partners II | c/o Gibson Dunn & Crutcher | 2029 Century Park East | Suite 4000 | | Los Angeles | CA | 90067 | |
| PCL Administration LLC as Agent | | 730 Third Avenue | | | New York | NY | 10017 | |
| Rustic Canyon Ventures III, L.P. | | 100 Wilshire Boulevard | Suite 200 | | Los Angeles | CA | 90401 | |

In re Fulcrum BioEnergy, Inc., et al.,
Case No. 24-12008 (TMH)

Exhibit M

**Exhibit M**

Core/2002 Service List

Served via Facsimile

| Description | CreditorName | CreditorNoticeName | Fax | Status |
|---|---|---|---|---|
| Counsel to ThermoChem Recovery International,  Inc. | Cole Schotz P.C. | Irving E. Walker, Esq. | 410-230-0667 | Successful |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | 302-577-6630 | Successful |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | 302-739-5831 | Successful |
| DE State Treasury | Delaware State Treasury | | 302-739-2274 | Unsuccessful |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 | Successful |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 | Successful |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Kramer Levin Naftalis & Frankel LLP | Amy Caton, Alexander Woolverton, Douglas Buckley and Benjamin S. Sieck | 212-715-8000 | Successful |
| US Trustee for District of DE | Office of the United States Trustee Delaware | U. S. Department of Justice | 302-573-6497 | Unsuccessful |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | 212-336-1320 | Unsuccessful |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | 215-597-3194 | Unsuccessful |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317; 202-772-9318 | Successful |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 302-573-6220 | Unsuccessful |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | Andrew Magaziner | 302-571-1253 | Successful |