**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FULCRUM BIOENERGY, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12008 (TMH)<br><br>Jointly Administered |

## **OMNIBUS HEARING ORDER**

**IT IS HEREBY ORDERED** that the following omnibus hearing has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| October 15, 2024 | 10:00 a.m. (ET) |

*Thomas M. Horan* (signature)

**Dated: September 16th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**