**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| FULCRUM BIOENERGY, INC., *et al.*, | : | Case No. 24-12008 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Linde Inc.**, Attn: Jeffrey Weiss, 10 Riverview Dr, Danbury, CT 06810, Phone: 716-879-2749; Email: Jeffrey.weiss@linde.com.

2. **Johnson Matthey Davy Technologies Ltd.**, Attn: Amy Donohue-Babiak, 435 Devon Park Drive, Suite 600, Phone: 610-971-3084, Email: amy.donohue-babiak@jmusa.com.

3. **Washington Mills Electro Minerals Corporation,** Attn: Nancy Gates, 1801 Buffalo Avenue, Niagara Falls, NY, Phone: 716-278-6672, Email: ngates@washingtonmills.com.

4. **Aquatech International, LLC**, Attn: Michael J. Mancosh, One Four Coins Drive, Canonsburg, PA 15217, Phone: 724-746-5300, Ext. 219, Email: mancoshm@aquatech.com.

5. **Apex Grading,** Attn: Ryan Berindean, PO BOX 19045 Reno, NV 89511, Phone: 832-986-6331, Email: ryan@apexgp.net.

ANDREW R. VARA
United States Trustee, Region 3

 /s/ *Rosa Sierra-Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: September 19, 2024

Attorney assigned to this Case: Rosa Sierra-Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert Dehney, Esq., Phone: 302-658-9200