# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FULCRUM BIOENERGY, INC., *et al.*, | Case No. 24-12008 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTIECE** that the Official Committee of Unsecured Creditors (the "Committee") hereby appears in the above-captioned cases through their proposed counsel Morris James LLP and Eversheds Sutherland (US) LLP and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b), requests that copies of all notices given or required to be given in these cases or any related adversary proceedings and copies of all papers served or required to be served in these case or related proceedings be given and served upon:

| **MORRIS JAMES LLP** | **Eversheds Sutherland (US) LLP** |
|---|---|
| Jeffrey R. Waxman, Esq. | Todd C. Meyers, Esq. |
| Eric J. Monzo, Esq. | Jennifer B. Kimble, Esq. |
| Christopher M. Donnelly, Esq. | Sameer M. Alifarag, Esq. |
| 500 Delaware Avenue, Suite 1500 | The Grace Building, 40th Floor |
| Wilmington, DE 19801 | 1114 Avenue of the Americas |
| Telephone: (302) 888-6800 | New York, New York 10036 |
| jwaxman@morrisjames.com | Telephone: (212) 389-5000 |
| emonzo@morrisjames.com | ToddMeyers@eversheds-sutherland.com |
| cdonnelly@morrisjames.com | JenniferKimble@eversheds-sutherland.com |
| | SameerAlifarag@eversheds-sutherland.com |

-and-

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with each debtor's federal tax identification numbers are: Fulcrum BioEnergy, Inc. (3733); Fulcrum Sierra BioFuels, LLC (1833); Fulcrum Sierra Finance Company, LLC (4287); Fulcrum Sierra Holdings, LLC (8498). The location of the Debtors' service address is: Fulcrum BioEnergy Inc., P.O. Box 220 Pleasanton, CA 94566.

16951321/1

**Eversheds Sutherland (US) LLP**
Todd C. Meyers, Esq.
999 Peachtree Street NW
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 868 -6645
ToddMeyers@eversheds-sutherland.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, filed reports, pleadings, motions, applications, petitions, notices, statements, replies, schedules, proposed plans, disclosure statements, briefs, and any responding papers filed in these cases or any related proceedings and that such notice, unless otherwise directed by the Court or the Committee, be made via email to the persons listed above.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this Notice of Appearance nor any other filing or claim shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any other matter, controversy, or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, remedies, set-offs, or recoupments to which the Committee is or may be entitled to assert under agreements, at law, or in equity, with all of the foregoing being expressly preserved. Additionally, nothing herein shall

be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

Dated: September 23, 2024

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
jwaxman@morrisjames.com
emonzo@morrisjames.com
cdonnelly@morrisjames.com

-and-

Todd C. Meyers, Esq. (*pro hac vice* pending)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street NW
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 868 -6645
ToddMeyers@eversheds-sutherland.com

-and-

Todd C. Meyers, Esq. (*pro hac vice* pending)
Jennifer B. Kimble, Esq. *(pro hac vice* pending)
Sameer M. Alifarag, Esq. *(pro hac vice* pending)
**EVERSHEDS SUTHERLAND (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
ToddMeyers@eversheds-sutherland.com
JenniferKimble@eversheds-sutherland.com
SameerAlifarag@eversheds-sutherland.com

*(Proposed) Counsel to the Official Committee of Unsecured Creditors*