## Exhibit C

**May 19, 2021 Recorded Notice of Lien**

**Doc #: 134036**

05/19/2021 02:31 PM  Page: 1 of 2

OFFICIAL RECORD

Requested By: MEAD LAW GROUP

**Storey County, NV**
**Marney Hansen Martinez, Recorder**

Fee: $37.00  RPTT: $0.00
Recorded By: dmcpherson

APN: 005-071-49

When Recorded return to:

Abeinsa Abener Teyma General Partnership
c/o Mead Law Group LLP
7201 W Lake Mead Blvd., Suite 550
Las Vegas, Nevada 89128

# NOTICE OF LIEN

The undersigned claims a lien upon the property described in this notice for work, or equipment furnished or to be furnished for the improvement of the property:

1. The amount of the original contract is: $1,889,489.94

2. The total amount of all additional or changed work, materials and equipment, if any, is: $0.00

3. The total amount of all payments received to date is: $0.00

4. The amount of the lien, after deducting all just credits and offsets, is: $1,128,774.748

5. The name of the owner, if known, of the property is:

    Fulcrum Sierra Biofuels, LLC
    4900 Hopyard Road #220
    Pleasanton, California 94588

6. The name of the person by whom the lien claimant was employed or to when the lien claimant furnished or agreed to furnish work, materials or equipment is: Fulcrum Sierra BioFuels, LLC

7. A brief statement of the terms of payment of the lien claimant's contract is: payment upon receipt

8. A description of the property to be charged with the lien is:

>3600 Peru Drive
>Industrial Gid
>McCarran, NV 89434
>APN 005-071-49
>2014-22 PT S10&11, T19N
>22E

By: _____
Mario Puertas Gonzalez
Deputy Project Manager
Abeinsa Abener Teyma General Partnership

**VERIFICATION OF LIEN**

State of Nevada )
                         ) ss.
County of Washoe )

I, Mario Puertas Gonzalez, being first duly sworn on oath according to law, deposes and say:

I have read the foregoing Notice of Lien, know the contents thereof and state that the same is true of my own personal knowledge, except those matters stated upon information and belief, and, as to those matters, I believe them to be true.

By: _____
Mario Puertas Gonzalez
Deputy Project Manager
Abeinsa Abener Teyma General Partnership

**ACKNOWLEDGMENT**

Subscribed and sworn to before me this 15th day of the month of May of the year 2021, by Mario Puertas Gonzalez.

_____
Notary Public

Place Notary Stamp Here:

> MICHAEL CAGUIOA TEGIO
> Notary Public - State of Nevada
> County of Washoe
> APPT. NO. 20-9071-02
> My App. Expires June 22, 2024