# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FULCRUM BIOENERGY, INC., *et al.*, | Case No. 24-12008 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
### NOVEMBER 5, 2024, AT 2:00 P.M. (EASTERN TIME)

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED**

**RESOLVED MATTERS**

1. Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 23, 2024 (D.I. 107, filed 10/4/24)

   Objection Deadline: October 18, 2024, at 4:00 p.m. (ET).

   Responses Received:

   A. Informal comments from the U.S. Trustee.

   Related Documents:

   A. Certification of Counsel Regarding Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 23, 2024 (D.I. 184, filed 10/21/24); and

---

[1] The debtors and debtors in possession in these chapter 11 cases, along with each debtor's federal tax identification numbers are: Fulcrum BioEnergy, Inc. (3733); Fulcrum Sierra BioFuels, LLC (1833); Fulcrum Sierra Finance Company, LLC (4287); and Fulcrum Sierra Holdings, LLC (8498). The location of the Debtors' service address is: Fulcrum BioEnergy Inc., P.O. Box 220 Pleasanton, CA 94566. All Court filings can be accessed at: https://www.veritaglobal.net/Fulcrum.

    B. Order Authorizing the Retention and Employment of Morris James LLP as Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 23, 2024 (D.I. 187, entered 10/22/24).

Status:  An order has been entered.  No hearing is necessary.

2. Application for Entry of an Order Authorizing the Retention and Employment of Eversheds Sutherland (US) LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 21, 2024 (D.I. 108, filed 10/4/24).

    Objection Deadline:  October 18, 2024, at 4:00 p.m. (ET).

    Responses Received:

        A. Informal comments from the U.S. Trustee.

    Related Documents:

        A. Certification of Counsel Regarding Application for Entry of an Order Authorizing the Retention and Employment of Eversheds Sutherland (US) LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 21, 2024 (D.I. 185, filed 10/21/24); and

        B. Order Authorizing the Retention and Employment of Eversheds Sutherland (US) LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to September 21, 2024 (D.I. 188, entered 10/22/24).

    Status:  An order has been entered.  No hearing is necessary.

3. Application of the Official Committee of Unsecured Creditors of Fulcrum Bioenergy, Inc., et al, for an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as Financial Advisor Effective as of September 21, 2024 (D.I. 109, filed 10/4/24).

    Objection Deadline:  October 18, 2024, at 4:00 p.m. (ET).

    Responses Received:

        A. Informal comments from the U.S. Trustee.

    Related Documents:

        A. Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Fulcrum Bioenergy, Inc., et al, for an Order Authorizing and Approving the Employment and Retention of Dundon Advisers LLC as

Financial Advisor Effective as of September 21, 2024 (D.I. 186, filed 10/21/24); and

B. Order Authorizing and Approving the Retention of Dundon Advisers LLC as Financial Advisor to the Official Committee of Unsecured Creditors of Fulcrum Bioenergy, Inc., et al., Effective as of September 21, 2024 (D.I. 189, entered 10/22/24).

Status: An order has been entered. No hearing is necessary.

### ADJOURNED MATTER

4. Motion of TRI General Improvement District for Relief from the Automatic Stay as Necessary to Record Lien (D.I. 172, filed 10/15/24).

Objection Deadline: October 29, 2024, at 4:00 p.m. (ET).

Responses Received:

A. Debtors' Objection to Motion of TRI General Improvement District for Relief from the Automatic Stay (D.I. 207, filed 10/29/24).

Related Documents:

A. Joinder of UMB Bank to Debtors' Objection to Motion of TRI General Improvement District for Relief from the Automatic Stay (D.I. 208, filed 10/29/24).

Status: This matter has been adjourned to a date and time to be determined.

Dated: November 1, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Clint M. Carlisle*
Robert J. Dehney, Sr. (No. 3578)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Clint M. Carlisle (No. 7313)
Avery Jue Meng (No. 7238)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
cmiller@morrisnichols.com
dbutz@morrisnichols.com

3

ccarlisle@morrisnichols.com
ameng@morrisnichols.com

*Counsel for the Debtors and Debtors in Possession*