**EXHIBIT A**



# PC Heaters

Aerovalve Assembly





