**<u>EXHIBIT B</u>**



6 PLC Panels in MCC



PLC

Safety Controller

# Feeder PLC

Located 2nd floor of MCC – 6 PLC's

TRI Deletes the PLC Program