**EXHIBIT C**



# PC Heaters

4 Identical PC Heaters