**EXHIBIT D**

## Transmittal Numbers and Description

| Transmittal Number | Description | Date |
|---|---|---|
| 0135-TMT-TRI-ABE-0001 | TRI Comments on Piping Specs | 12/27/2015 |
| 0135-TMT-TRI-ABE-0002 | PFD and HMB for 500 tpd case | 1/12/2016 |
| 0135-TMT-TRI-ABE-0003 | Feeder 1 P&IDs | 1/13/2016 |
| 0135-TMT-TRI-ABE-0004 | HMB for 522 tpd Case | 1/13/2016 |
| 0135-TMT-TRI-ABE-0005 | Feeder 2 P&IDs | 1/13/2016 |
| 0135-TMT-TRI-ABE-0006 | Feeder 3 P&IDs | 1/22/2016 |
| 0135-TMT-TRI-ABE-0007 | HMB balance for 250 tpd | 1/22/2016 |
| 0135-TMT-TRI-ABE-0008 | Feeder 4 and Feeder 5 P&ID | 2/3/2016 |
| 0135-TMT-TRI-ABE-0009 | CO2 and N2 P&ID | 2/11/2016 |
| 0135-TMT-TRI-ABE-0010 | Reconfigured P&ID to meet PN008 | 3/2/2016 |
| 0135-TMT-TRI-ABE-0011 | TRI Comments to Abengoa mark-ups of TRI HMB | 3/11/2016 |
| 0135-TMT-TRI-ABE-0012 | P&IDs 2160 - 7200 | 3/16/2016 |
| 0135-TMT-TRI-ABE-0013 | Labeled TRI Equipment layouts | 3/29/2016 |
| 0135-TMT-TRI-ABE-0014 | P&ID 7300 - 7400 | 4/22/2016 |
| 0135-TMT-TRI-ABE-0015 | P&ID 8200 - 9200 | 4/18/2016 |
| 0135-TMT-TRI-ABE-0016 | P&ID 4700, 5500, 5600, 9100 - 9700 | 4/28/2016 |
| 0135-TMT-TRI-ABE-0017 | TRI Marked up P&ID | 5/5/2016 |
| 0135-TMT-TRI-ABE-0018 | P&ID 2111 - 2197 | 7/10/2016 |
| 0135-TMT-TRI-ABE-0019 | HMB 21-001-003 and PFD 2102-2103 | 7/14/2016 |
| 0135-TMT-TRI-ABE-0020 | P&ID 2140-2157 | 9/1/2016 |
| 0135-TMT-TRI-ABE-0021 | P&ID 2111 - 2197 | 9/1/2016 |
| 0135-TMT-TRI-ABE-0022 | TRI Proposal to Abengoa | 9/23/2016 |
| 0135-TMT-TRI-ABE-0023 | Abengoa Contract Documents for TRI | 9/23/2016 |
| 0135-TMT-TRI-ABE-0024 | Steam Reformer GA | 2/21/2017 |
| 0135-TMT-TRI-ABE-0025 | Steam reformer 3-D Model | 2/21/2017 |
| 0135-TMT-TRI-ABE-0026 | Equipment Data Sheets | 2/21/2017 |
| 0135-TMT-TRI-ABE-0027 | CTC Foundation Details | 2/22/2017 |
| 0135-TMT-TRI-ABE-0028 | Cyclone support details | 2/22/2017 |
| 0135-TMT-TRI-ABE-0029 | Cyclone 3-D models | 2/27/2017 |
| 0135-TMT-TRI-ABE-0030 | Models for CY-2102 and CY-2104 | 2/27/2017 |
| 0135-TMT-TRI-ABE-0031 | General Arrangement Drawings for CY-2102 and CY-2104 | 2/27/2017 |
| 0135-TMT-TRI-ABE-0032 | Asme Code Calcs and FEA Analysis for CY-2102 and CY-2104 | 2/27/2017 |
| 0135-TMT-TRI-ABE-0033 | Preliminary model for HPU | 4/10/2017 |
| 0135-TMT-TRI-ABE-0034 | CTC Model and CTC+Cyclone layout model | 4/11/2017 |
| 0135-TMT-TRI-ABE-0035 | Feeder layout Models | 4/19/2017 |
| 0135-TMT-TRI-ABE-0036 | Feeder Layout and Support Details with CG | 5/14/2017 |
| 0135-TMT-TRI-ABE-0037 | Feeder General Arrangement Drawings and HPU layout | 5/14/2017 |
| 0135-TMT-TRI-ABE-0038 | Steam Reformer General Arrangement , Vessel Assembly, Skirt Details | 5/21/2017 |
| 0135-TMT-TRI-ABE-0039 | CTC General Arrangements | 5/25/2017 |
| 0135-TMT-TRI-ABE-0040 | Steam reformer and CTC 3-D Models | 5/22/2017 |
| 0135-TMT-TRI-ABE-0041 | LNTP 3 Invoice 18000-03 | 5/25/2017 |
| 0135-TMT-TRI-ABE-0042 | Preliminary Piping Interface Chart | 5/26/2017 |
| 0135-TMT-TRI-ABE-0043 | PC Heater GA | 5/26/2017 |
| 0135-TMT-TRI-ABE-0044 | LNTP 3 Invoice 18000-04 | 5/26/2017 |
| 0135-TMT-TRI-ABE-0045 | Feeder Model and Layout | 6/20/2017 |
| 0135-TMT-TRI-ABE-0046 | Steam reformer Model, GA | 6/23/2017 |
| 0135-TMT-TRI-ABE-0047 | CTC Code Calc, Gas | 7/5/2017 |
| 0135-TMT-TRI-ABE-0048 | CTC and PC Heater Refractory | 8/4/2017 |
| 0135-TMT-TRI-ABE-0049 | LNTP 3 invoice 18000-05 | 8/4/2017 |
| 0135-TMT-TRI-ABE-0050 | CTC Code Calcs and FEA Analysis | 8/8/2017 |
| 0135-TMT-TRI-ABE-0051 | LNTP 3 Invoice 18000-06 | 8/9/2017 |
| 0135-TMT-TRI-ABE-0052 | Revised Feeder layout with angled feeder nozzles | 9/7/2017 |
| 0135-TMT-TRI-ABE-0053 | HMB with additional stream parameters requested by Abengoa | 9/7/2017 |
| 0135-TMT-TRI-ABE-0054 | Deliverables from Nov 2017 Baltimore meeting | 11/18/2017 |
| 0135-TMT-TRI-ABE-0055 | CTC Model withpiping removed | 11/19/2017 |
| 0135-TMT-TRI-ABE-0056 | PC Heater Cart Model | 12/19/2017 |
| 0135-TMT-TRI-ABE-0057 | TRI Monthly report for November and December 2017 | 1/4/2018 |
| 0135-TMT-TRI-ABE-0058 | TRI Document List | 1/23/2018 |
| 0135-TMT-TRI-ABE-0059 | TRI Monthly Report January 2018 | 1/28/2018 |
| 0135-TMT-TRI-ABE-0060 | Piping Interface Chart | 2/4/2018 |
| 0135-TMT-TRI-ABE-0061 | TRI Quality Documents | 2/20/2018 |
| 0135-TMT-TRI-ABE-0062 | TRI Monthly Report February 2018 | 2/25/2018 |
| 0135-TMT-TRI-ABE-0063 | PC Heater Combustion Fan Data Sheet Revision | 2/26/2018 |
| 0135-TMT-TRI-ABE-0064 | TRI Monthly Report March 2018 | 3/21/2018 |
| 0135-TMT-TRI-ABE-0065 | CAID Quality Document, WPS and WPS | 4/3/2018 |
| 0135-TMT-TRI-ABE-0066 | Vidal Quality Documents, WPS and ITP | 4/3/2018 |
| 0135-TMT-TRI-ABE-0067 | Airline Quality Documents, WPS and Test Report | 4/3/2018 |
| 0135-TMT-TRI-ABE-0068 | Mitternight Quality Documents, ITP and WPS | 4/3/2018 |
| 0135-TMT-TRI-ABE-0069 | BMS Functional Spec, Cause and Effect Diagram, and P&IDs for PC Heater 31 | 4/1/2018 |
| 0135-TMT-TRI-ABE-0070 | Steam reformer Model with relocation of nozzles | 4/4/2018 |

| ID | Description | Date |
|---|---|---|
| 0135-TMT-TRI-ABE-0071 | Electrical Load List and Schematic for shredder | 4/5/2018 |
| 0135-TMT-TRI-ABE-0072 | P&IDs for PC Heater 1 | 4/17/2018 |
| 0135-TMT-TRI-ABE-0073 | P&IDs for Feeder 1 | 4/18/2018 |
| 0135-TMT-TRI-ABE-0074 | April 20 Monthly Progress Report | 4/22/2018 |
| 0135-TMT-TRI-ABE-0075 | Revised P&ID | 4/22/2018 |
| 0135-TMT-TRI-ABE-0076 | CY-2102 3-D Step File and GA's - outlet model in wrong orientation | 4/22/2018 |
| 0135-TMT-TRI-ABE-0077 | CY-2104 3-D Step file and GA drawings | 4/22/2018 |
| 0135-TMT-TRI-ABE-0078 | CTC 3-D model and GA drawings | 4/25/2018 |
| 0135-TMT-TRI-ABE-0079 | Steam reformer Model, GA | 4/24/2018 |
| 0135-TMT-TRI-ABE-0080 | Instrument Index, Data Sheets and Cut sheets | 4/25/2018 |
| 0135-TMT-TRI-ABE-0081 | Instrument Cut Sheets | 4/26/2018 |
| 0135-TMT-TRI-ABE-0082 | P&ID 2140-2147 and 2180-2183 | 4/29/2018 |
| 0135-TMT-TRI-ABE-0083 | P&ID 2150 - 2157 Issued | 4/30/2018 |
| 0135-TMT-TRI-ABE-0084 | P&ID revisions released | 5/2/2018 |
| 0135-TMT-TRI-ABE-0085 | SP and ID drawings first release | 5/2/2018 |
| 0135-TMT-TRI-ABE-0086 | TRI Navisworks and STP file for CTC and CY-2102 layout showing the larger gap between cyclone bodies, but st | 5/2/2018 |
| 0135-TMT-TRI-ABE-0087 | Navisworks model showing feeder roll-out information | 5/1/2018 |
| 0135-TMT-TRI-ABE-0088 | SP and ID drawings | 5/2/2018 |
| 0135-TMT-TRI-ABE-0089 | Ignitor and Ash Depressurization SP Part Drawings | 5/6/2018 |
| 0135-TMT-TRI-ABE-0090 | Feeder Layout model with the detailed GA's (22 drws) | 5/9/2018 |
| 0135-TMT-TRI-ABE-0091 | CY-2102 GA's and 3-D Model (STP File) | 5/11/2018 |
| 0135-TMT-TRI-ABE-0092 | Large file Feeder Stack-up with shredder maintenance rails | 5/15/2018 |
| 0135-TMT-TRI-ABE-0093 | May 20 Monthly Progress Report | 5/20/2018 |
| 0135-TMT-TRI-ABE-0094 | Instrument Process Specification Data Sheet Package - unchecked | 5/21/2018 |
| 0135-TMT-TRI-ABE-0095 | HPU and Manifold GA's and 3-D Models | 5/21/2018 |
| 0135-TMT-TRI-ABE-0096 | Piping Interface Chart Rev 4 | 5/24/2018 |
| 0135-TMT-TRI-ABE-0097 | Compass Feeder Model | 5/23/2018 |
| 0135-TMT-TRI-ABE-0098 | Piping Interface Chart Rev 5 | 5/24/2018 |
| 0135-TMT-TRI-ABE-0099 | CTC Superheater and Preliminary Start-up Heater | 5/25/2018 |
| 0135-TMT-TRI-ABE-0100 | Instrument Process Specification Data Sheet Package, Checked, revised and released | 5/27/2018 |
| 0135-TMT-TRI-ABE-0101 | Revised Installation Details | 5/27/2018 |
| 0135-TMT-TRI-ABE-0102 | HPU foundation details and interconnecting drawing | 5/30/2018 |
| 0135-TMT-TRI-ABE-0103 | Feeder Model June 1, 2018 | 6/3/2018 |
| 0135-TMT-TRI-ABE-0104 | Revised Instrument Process Specification Data Sheets | 6/8/2018 |
| 0135-TMT-TRI-ABE-0105 | Revised P&ID Set | 6/10/2018 |
| 0135-TMT-TRI-ABE-0106 | Steam Cooling PFD and Cyclone to dipleg arrangements | 6/11/2018 |
| 0135-TMT-TRI-ABE-0107 | Feeder General Arrangement Drawings | 6/11/2018 |
| 0135-TMT-TRI-ABE-0108 | Hydraulic Interconnecting piping | 6/11/2018 |
| 0135-TMT-TRI-ABE-0109 | Steam Reformer 3-D Model | 6/12/2018 |
| 0135-TMT-TRI-ABE-0110 | Steam Reformer Rev 6 GA | 6/15/2018 |
| 0135-TMT-TRI-ABE-0111 | TRI Monthly Report for June 2018 | 6/20/2018 |
| 0135-TMT-TRI-ABE-0112 | Feeder Enclosure Drawings and Schematics | 6/24/2018 |
| 0135-TMT-TRI-ABE-0113 | July 2018 TRI Monthly Report | 7/22/2018 |
| 0135-TMT-TRI-ABE-0114 | Piping Interface Chart Rev 9 | 8/5/2018 |
| 0135-TMT-TRI-ABE-0115 | PC Heater Assembly General Arrangement Drawing | 8/7/2018 |
| 0135-TMT-TRI-ABE-0116 | Brilex, Caid and Vidal Inspection Reports | 8/7/2018 |
| 0135-TMT-TRI-ABE-0117 | August 2018 Monthly Report | 8/20/2018 |
| 0135-TMT-TRI-ABE-0118 | Model Review Comments 08/23/2018 on Model 07/26/2018 | 9/2/2018 |
| 0135-TMT-TRI-ABE-0119 | Steam Reformer Assembly and Lifting Plan | 9/2/2018 |
| 0135-TMT-TRI-ABE-0120 | CTC Assembly and Lifting Plan | 9/2/2018 |
| 0135-TMT-TRI-ABE-0121 | PC Heater Assembly and Lifting Drawings | 9/2/2018 |
| 0135-TMT-TRI-ABE-0122 | Cyclone Assembly and Lifting Drawings | 9/2/2018 |
| 0135-TMT-TRI-ABE-0123 | CMD Feeder Press Assembly and Lifting Drawings | 9/3/2018 |
| 0135-TMT-TRI-ABE-0124 | Airline HPU Assembly and Lifting Drawings | 9/3/2018 |
| 0135-TMT-TRI-ABE-0125 | Updated P&ID Set | 9/19/2018 |
| 0135-TMT-TRI-ABE-0126 | Savico Inspection Report | 9/19/2018 |
| 0135-TMT-TRI-ABE-0127 | September 2018 Monthly Report | 9/20/2018 |
| 0135-TMT-TRI-ABE-0128 | Updated P&ID Set | 10/21/2018 |
| 0135-TMT-TRI-ABE-0129 | October Monthly Report | 10/21/2018 |
| 0135-TMT-TRI-ABE-0130 | November Monthly Report | 11/20/2018 |
| 0135-TMT-TRI-ABE-0131 | CTC Final Dossier | 11/29/2018 |
| 0135-TMT-TRI-ABE-0132 | HC Vidal CTC Final Dossier | 12/7/2018 |
| 0135-TMT-TRI-ABE-0133 | Piping Interface Chart | 12/9/2018 |
| 0135-TMT-TRI-ABE-0134 | CTC Steam Super Heater GA drawings Rev 5 | 12/16/2018 |
| 0135-TMT-TRI-ABE-0135 | December 2018 Monthly Report | 12/20/2018 |
| 0135-TMT-TRI-ABE-0136 | Electrical Panel Layouts and Schematics | 1/7/2019 |
| 0135-TMT-TRI-ABE-0137 | Updated Electrical Load List | 1/10/2019 |
| 0135-TMT-TRI-ABE-0138 | Revision for Milestone 11 Invoice | 1/16/2019 |
| 0135-TMT-TRI-ABE-0139 | January 2019 Monthly Report | 1/20/2019 |
| 0135-TMT-TRI-ABE-0140 | January 2019 Monthly Report Rev 1 | 1/25/2019 |
| 0135-TMT-TRI-ABE-0141 | Updated P&ID Set | 2/10/2019 |
| 0135-TMT-TRI-ABE-0142 | Photos of Bed media from attrition testing | 2/14/2019 |
| 0135-TMT-TRI-ABE-0143 | February 2019 Monthly Report | 2/20/2019 |

| Document ID | Description | Date |
|---|---|---|
| 0135-TMT-TRI-ABE-0144 | Syngas Tube Leak Report and P&ID PID-2165, 2167, 2169, 2171 | 2/21/2019 |
| 0135-TMT-TRI-ABE-0145 | Responses to HAZID analysis and PID 2143, 2144, 2145 | 2/25/2019 |
| 0135-TMT-TRI-ABE-0146 | Functional Specification Rev 1 | 3/2/2019 |
| 0135-TMT-TRI-ABE-0147 | External Cyclone As built models and GA | 3/13/2019 |
| 0135-TMT-TRI-ABE-0148 | CTC and CTC Heater 3-D model and As built Gas | 3/13/2019 |
| 0135-TMT-TRI-ABE-0149 | Clash detection Files | 3/13/2019 |
| 0135-TMT-TRI-ABE-0150 | March 2019 Month end Report | 3/20/2019 |
| 0135-TMT-TRI-ABE-0151 | Hard Copy versions of CTC Final Dossier 0135-FPD-21-2108 | 3/25/2018 |
| 0135-TMT-TRI-ABE-0152 | April 2019 Monthend Report | 4/20/2019 |
| 0135-TMT-TRI-ABE-0153 | CAID Final Documentation | 1-May-19 |
| 0135-TMT-TRI-ABE-0154 | Update PID-2196 and 2197 for Arvos | 5/12/2019 |
| 0135-TMT-TRI-ABE-0155 | Updated PID-2196 Rev 10 | 5/12/2019 |
| 0135-TMT-TRI-ABE-0156 | May 2019 Month end Report | 5/19/2019 |
| 0135-TMT-TRI-ABE-0157 | Feeder Installation Procedure and drawings | 6/2/2019 |
| 0135-TMT-TRI-ABE-0158 | 2 years and commissioning spare parts lists | 6/10/2019 |
| 0135-TMT-TRI-ABE-0159 | Steam reformer and PC Heater Models | 6/10/2019 |
| 0135-TMT-TRI-ABE-0160 | June 2019 Month End Report | 6/20/2019 |
| 0135-TMT-TRI-ABE-0161 | Milestone M12 Certificate | 7/13/2019 |
| 0135-TMT-TRI-ABE-0162 | July 2019 Month End Report | 7/20/2019 |
| 0135-TMT-TRI-ABE-0163 | Steam Reformer, PC Heater and Feeder 3-D Model and Reformer and Feeder Asbuilt | 8/17/2019 |
| 0135-TMT-TRI-ABE-0164 | August 2019 Month End Report | 8/20/2019 |
| 0135-TMR-TRI-ABE-0165 | Feeder GA's with Nozzle Numbers matching P&IDs | 9/2/2019 |
| 0135-TMT-TRI-ABE-0166 | Hydraulic system GA's with Nozzle Numbers matching P&IDs | 9/3/2019 |
| 0135-TMT-TRI-ABE-0167 | September 2019 Monthly Report | 9/21/2019 |
| 0135-TMT-TRI-ABE-0168 | Asbuilt 3-D model and GA for PC Heater Cart | 9/21/2019 |
| 0135-TMT-TRI-ABE-0169 | Airline Maintenance Manual for Feeder System Hydraulics | 9/21/2019 |
| 0135-TMT-TRI-ABE-0170 | Shred Tech Operations and Maintenance Manual for Feeder Shredders | 9/22/2019 |
| 0135-TMT-TRI-ABE-0171 | 0135-MAN-21-2113 SOP for Initialization and Dryout | 9/22/2019 |
| 0135-TMT-TRI-ABE-0172 | October 2019 Monthly Report | 10/19/2019 |
| 0135-TMT-TRI-ABE-0173 | 0135-MAN-21-2115 Steam Reformer and CTC Bed Loading SOP | 10/22/2019 |
| 0135-TMT-TRI-ABE-0174 | 0135-MAN-21-2116 PC Heater start-up and Bed Heat-up SOP | 11/3/2019 |
| 0135-TMT-TRI-ABE-0175 | 0135-CAL-21-2110 Calulation Report for Gasification Island relieve burst discs | 11/7/2019 |
| 0135-TMT-TRI-ABE-0176 | 0135-MAN-21-2117 Fluidization of Steam Reformer and CTC | 11/10/2019 |
| 0135-TMT-TRI-ABE-0177 | 0135-MAN-21-2118 Feeder Start-up and Shut down | 11/17/2019 |
| 0135-TMT-TRI-ABE-0178 | November 2019 Monthly Report | 11/20/2019 |
| 0135-TMT-TRI-ABE-0179 | December 2019 Monthly Report | 12/22/2019 |
| 0135-TMT-TRI-ABE-0180 | Inspection report by Wesco on MSW Spool Repairs | 1/5/2020 |
| 0135-TMT-TRI-ABE-0181 | Root Cause Failure Analysis Report - Steam Reformer Refractory Floor | 1/17/2020 |
| 0135-TMT-TRI-ABE-0182 | January 2020 Monthly Report | 1/20/2020 |
| 0135-TMT-TRI-ABE-0183 | Proforma Invoices for Milestone 14 and Milestone 15 | 1/26/2020 |
| 0135-TMT-TRI-ABE-0184 | 0135-MAN-21-2119 Standard Operating Procedure for Riser and Dipleg | 2/3/2020 |
| 0135-TMT-TRI-ABE-0185 | 0135-MAN-21-2127 Standard Operating Procedure for PC Heater Cart | 2/6/2020 |
| 0135-TMT-TRI-ABE-0186 | SIL Data | 2/9/2020 |
| 0135-TMT-TRI-ABE-0187 | Feeder SOP's and Training Power Point | 2/21/2020 |
| 0135-TMT-TRI-ABE-0188 | Monthly report for February 2020 | 2/22/2020 |
| 0135-TMT-TRI-ABE-0189 | 3-D STP files for the pneumatic conveyor | 3/8/2020 |
| 0135-TMT-TRI-ABE-0190 | Feeder Eelectrical Drawings Rev 4 | 4/6/2020 |
| 0135-TMT-TRI-ABE-0191 | Update P&IDS based on HAZOP Redlines | 4/12/2020 |
| 0135-TMT-TRI-ABE-0192 | Feeder Purge Relief Valve Calculation | 4/29/2020 |
| 0135-TMT-TRI-ABE-0193 | Interface Chart Rev 11 | 6/5/2020 |
| 0135-TMT-TRI-ABE-0194 | Functional Description Rev 02 and updated Cause and Effect Diagrams | 7/3/2020 |
| 0135-TMT-TRI-ABE-0195 | Cooling Water Relief Valve Device Calculation Report | 7/22/2020 |
| 0135-TMT-TRI-ABE-0196 | P&ID Updated Set, Functional Decriptions for Gasifier and Feeder, CED's for Gasifier, Feeder and PC Heater | 8/9/2020 |
| 0135-TMT-TRI-ABE-0197 | P&ID Updated Set, Functional Decriptions for Gasifier and Feeder, CED's for Gasifier, Feeder and PC Heater | 9/11/2020 |
| 0135-TMT-TRI-ABE-0198 | Cooling Water Relief Valve Device Calculation Report Rev 1 | 9/11/2020 |
| 0135-TMT-TRI-ABE-0199 | Feeder Final Documentation Folder | 9/12/2020 |
| 0135-TMT-TRI-ABE-0200 | P&ID Updated Set, Functional Decriptions for Gasifier and Feeder, CED's for Gasifier, Feeder and PC Heater | 2/5/2021 |
| 0135-TMT-TRI-ABE-0201 | P&ID Updated Set, Functional Decriptions for Gasifier | 4/23/2021 |
| 0135-TMT-TRI-FUL-0001 | Standard Operating Procedure Manuals | 7/21/2021 |
| 0135-TMT-TRI-FUL-0002 | Feeder Final Documentation Folder | 2/2/2022 |
| 0135-TMT-TRI-FUL-0003 | Fisher Klosterman Final Documentation | 2/2/2022 |
| 0135-TMT-TRI-FUL-0004 | Hydroextratctor Final Documentation | 2/2/2022 |
| 0135-TMT-TRI-FUL-0005 | Steam Reformer Final Documentation | 2/26/2022 |
| 0135-TMT-TRI-FUL-0006 | CTC Final documentation | 3/17/2022 |
| 0135-TMT-TRI-FUL-0007 | PC Heater Final Documentation | 3/24/2022 |
| 0135-TMT-TRI-FUL-0008 | Reformer Expansion Joint Final Documentation | 3/24/2022 |
| 0135-TMT-TRI-FUL-0009 | BMS Functional Spec and Cause and Effect Diagram | 4/1/2024 |
| 0135-TMT-TRI-FUL-0010 | PC Heater Modifications final documentation | 4/1/2024 |
| 0135-TMT-TRI-FUL-0011 | Injection screw Final Documention | 4/3/2024 |
| 0135-TMT-TRI-FUL-0012 | PC Heater Tube Layouts for modifications | 4/3/2024 |
| 0135-TMT-TRI-FUL-0013 | PC Heater Installation Final Documentation | 4/4/2024 |
| 0135-TMT-TRI-FUL-0014 | Cyclone Repair Final Documentation and Reformer Cage Modification | 5/11/2024 |