## CERTIFICATE OF SERVICE

I, Henry J. Jaffe, hereby certify that on this 20th day of November 2024, the foregoing *SUPPLEMENTAL LIMITED OBJECTION TO DEBTORS' MOTION TO SELL ASSETS FREE AND CLEAR OF CLAIMS, LIENS, AND ENCUMBRANCES* was served on all parties registered to receive CM/ECF notifications in this matter and upon the parties identified in the attached service list.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Henry J. Jaffe*
Henry J. Jaffe (ID 2987)
824 North Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 592-6496
Email: hjaffee@pashmanstein.com

*Counsel to Abeinsa Abener Teyma General Partnership*

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| FULCRUM BIOENERGY, INC<br>P.O. Box 220<br>Pleasanton, CA 94566,<br>Attn: Mark J. Smith; | |

**VIA EMAIL**

| | |
|---|---|
| Morris, Nichols, Arsht & Tunnell LLP,<br>1201 N. Market Street. 16th Floor,<br>P.O. Box 1347,<br>Wilmington, DE 19899-1347,<br>Attn: Robert J. Dehney Sr.<br>Curtis S. Miller<br>Daniel B. Butz<br>Clint M. Carlisle<br>Avery Jue Meng<br>Email: rdehney@morrisnichols.com<br>         cmiller@morrisnichols.com<br>         dbutz@morrisnichols.com<br>         ccarlisle@morrisnichols.com<br>         ameng@morrisnichols.com | Office of the United States Trustee for the District of Delaware<br>844 King Street, Room 2207,<br>Wilmington, Delaware 19801,<br>Attn: Rosa Sierra-Fox<br>Email: rosa.sierra-fox@usdoj.gov |
| Eversheds Sutherland (US) LLP,<br>The Grace Building, 40th Floor,<br>1114 Avenue of the Americas,<br>New York, NY 10036,<br>Attn: Jennifer B. Kimble<br>Email: JenniferKimble@eversheds-sutherland.com | Eversheds Sutherland (US), LLP,<br>999 Peachtree St NE, Suite 2300,<br>Atlanta, GA 30309,<br>Attn: Todd C. Meyers<br>Email: toddmeyers@eversheds-sutherland.com |
| Morris James LLP,<br>500 Delaware Avenue, Suite 1500,<br>Wilmington, DE 19801,<br>Attn: Jeffrey R. Waxman<br>Eric J. Monzo<br>Email: jwaxman@morrisjames.com<br>         emonzo@morrisjames.com | Latham & Watkins LLP,<br>1271 Avenue of the Americas,<br>New York, NY 10020,<br>Attn: Brian S. Rosen<br>         Adam Goldberg<br>Email: Brian.Rosen@lw.com<br>         Adam.Goldberg@lw.com |

| | |
|---|---|
| Richards Layton & Finger, P.A.,<br>920 N. King Street,<br>Wilmington, DE 19801,<br>Attn: Michael J. Merchant<br>Email: Merchant@RLF.com | Kramer Levin Naftalis & Frankel LLP,<br>1177 Avenue of the Americas,<br>New York, NY 10065,<br>Attn: Alexander Woolverton<br>       Douglas Buckley<br>Email: awoolverton@kramerlevin.com<br>       dbuckley@kramerlevin.com |
| Young Conaway Stargatt & Taylor, LLP,<br>Rodney Square,<br>1000 North King Street,<br>Wilmington, DE 19801,<br>Attn: Andrew Magaziner<br>Email amagaziner@ycst.com | Katten Muchin Rosenman LLP,<br>525 West Monroe Street,<br>Chicago, Illinois 60661,<br>Attn: Steven J. Reisman<br>       Peter P. Knight<br>       Joshua M. Altman<br>Email: sreisman@katten.com<br>       peter.knight@katten.com<br>       josh.altman@katten.com |
| Klehr Harrison Harvey Branzburg LLP,<br>919 N. Market Street, Suite 1000,<br>Wilmington, DE 19801,<br>Attn: Domenic Pacitti<br>Email: DPacitti@klehr.com | Katten Muchin Rosenman LLP,<br>50 Rockefeller Plaza<br>New York, New York 10020-1605<br>Attn: Steven J. Reisman<br>       Michael E. Comerford<br>Email: sreisman@katten.com<br>       michael.comerford@katten.com |
| Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Attn: Morton R. Branzburg<br>Email: mbranzburg@klehr.com | |