IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FULCRUM BIOENERGY, INC., *et al.*, | Case No. 24-12008 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew J. Canty, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On November 14, 2024, at my direction and under my supervision, employees of Verita caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Hearing on Credit Bid of PCL Administration LLC for Certain of Debtor Fulcrum BioEnergy, Inc.'s Assets** [Docket No. 260]

- **Order (I) Approving the Sale of the Debtors' Biorefinery Assets Free and Clear of Claims, Liens, and Encumbrances, (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief** [Docket No. 264]

*(Continued on Next Page)*

---

[1] The Debtors and Debtors in possession in these chapter 11 cases, along with each debtor's federal tax identification numbers are: Fulcrum BioEnergy, Inc. (3733); Fulcrum Sierra BioFuels, LLC (1833); Fulcrum Sierra Finance Company, LLC (4287); and Fulcrum Sierra Holdings, LLC (8498). The location of the Debtors' service address is: Fulcrum BioEnergy Inc., P.O. Box 220 Pleasanton, CA 94566. All Court filings can be accessed at: https://www.veritaglobal.net/Fulcrum.

- **Order (I) Approving the Sale of the Debtors' Feedstock Assets Free and Clear of Claims, Liens, and Encumbrances, (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief** [Docket No. 265]

Dated: November 21, 2024

*/s/ Matthew J. Canty*
Matthew J. Canty
Verita
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel. 310.823.9000

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 30 Creditor / Committee of Unsecured Creditors | Apex Grading & Paving, Inc. | Ryan Berindean | ryan@apexgp.net |
| Top 30 Creditor / Committee of Unsecured Creditors | Aquatech International, LLC | AR Muthiah and Michael J. Mancosh | muthiaha@aquatech.com; mancoshm@aquatech.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Caterpillar Financial Services Corporation | Buchanan Ingersoll & Rooney PC | Geoffrey G. Grivner | geoffrey.grivner@bipc.com |
| Counsel to ThermoChem Recovery International, Inc. | Cole Schotz P.C. | Irving E. Walker | iwalker@coleschotz.com |
| Counsel to ThermoChem Recovery International, Inc. | Cole Schotz P.C. | Melissa M. Hartlipp | mhartlipp@coleschotz.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to the Official Committee of Unsecured Creditors | Eversheds Sutherland (US) LLP | Todd C. Meyers, Esq. | ToddMeyers@eversheds-sutherland.com |
| Counsel to the Official Committee of Unsecured Creditors | Eversheds Sutherland (US) LLP | Todd C. Meyers, Jennifer B. Kimble and Sameer M. Alifarag | ToddMeyers@eversheds-sutherland.com; JenniferKimble@eversheds-sutherland.com; SameerAlifarag@eversheds-sutherland.com |
| Counsel to Specialty Welding & Turnarounds, LLC | Gellert Seitz Busenkell & Brown, LLC | Michael Busenkell | mbusenkell@gsbblaw.com |
| Counsel to Distribution International Southwest, Inc and Specialty Distribution Group, LLC | Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP | Daniel M. Hansen and Madison G. Wedderspoon | dhansen@gibbsgiden.com; mwedderspoon@gibbsgiden.com |
| Counsel to Huddl3 Group | Goe Forsythe & Hodges LLP | Marc C. Forsythe | mforsythe@goeforlaw.com |
| Counsel to Brinderson, LLC | Gordon & Rees LLP | Joseph E. Brenner | jbrenner@grsm.com |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Schmueser & Associates, LLC | Jack Shrum P.A. | "J" Jackson Shrum | jshrum@jshrumlaw.com |
| Committee of Unsecured Creditors | Johnson Matthey Davy Technologies Ltd. | Amy Donohue-Babiak | amy.donohue-babiak@jmusa.com |
| Counsel to PCL Administration LLC | Katten Muchin Rosenman LLP | Peter P. Knight and Joshua M. Altman | peter.knight@katten.com; josh.altman@katten.com |
| Counsel to PCL Administration LLC | Katten Muchin Rosenman LLP | Steven J. Reisman and Michael E. Comerford | sreisman@katten.com; michael.comerford@katten.com |
| Counsel to PCL Administration LLC | Klehr Harrison Harvey Branzburg LLP | Domenic E. Pacitti | dpacitti@klehr.com |
| Counsel to PCL Administration LLC | Klehr Harrison Harvey Branzburg LLP | Morton R. Branzburg | mbranzburg@klehr.com |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Kramer Levin Naftalis & Frankel LLP | Amy Caton, Alexander Woolverton, Douglas Buckley and Benjamin S. Sieck | acaton@kramerlevin.com; awoolverton@kramerlevin.com; dbuckley@kramerlevin.com; bsieck@kramerlevin.com |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Adam J. Goldberg, Brian S. Rosen and Meghana Vunnamadala | adam.goldberg@lw.com; brian.rosen@lw.com; meghana.vunnamadala@lw.com |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Daniel E. Rees | daniel.rees@lw.com |
| Top 30 Creditor / Committee of Unsecured Creditors | Linde Inc. | Adrian Deneys and Jeffrey Weiss | Adrian.Deneys@linde.com; Jeffrey.weiss@linde.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Jeffrey R. Waxman, Eric J. Monzo and Christopher M. Donnelly | jwaxman@morrisjames.com; emonzo@morrisjames.com; cdonnelly@morrisjames.com |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | U. S. Department of Justice | rosa.sierra@usdoj.gov; rosa.sierra-fox@usdoj.gov |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Abeinsa Abener Teyma General Partnership | Pashman Stein Walder Hayden, P.C. | Henry J. Jaffe and Alexis R. Gambale | hjaffe@pashmanstein.com; agambale@pashmanstein.com |
| Counsel to USPP the Signature Center, LLC, Successor-in-Interest to Principal Life Insurance Company | Randick O'Dea Tooliatos Vermont & Sargent, LLP | Phillip G. Vermont, Esq. and Dominique M. Jacques, Esq. | pvermont@randicklaw.com; djacques@randicklaw.com |
| Counsel to Switch, Ltd. | Richards, Layton & Finger, P.A. | Michael J. Merchan, Amanda R. Steele and Emily R. Mathews | merchant@rlf.com; steele@rlf.com; mathews@rlf.com |
| Counsel to Johnson Matthey Davy Technologies Ltd. | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to Specialty Welding & Turnarounds, LLC | Sills Cummis & Gross P.C. | Andrew Sherman, Boris Mankovetskiy and Gregory Kopacz | ASHERMAN@sillscummis.com; BMankovetskiy@sillscummis.com; gkopacz@sillscummis.com |
| Counsel to Abeinsa Abener Teyma General Partnership | Snell & Wilmer L.L.P. | Bob L. Olson and Alex L. Fugazzi, P.C. | bolson@swlaw.com; afugazzi@swlaw.com |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Counsel to Waste Management of Nevada, Inc. | Stinson LLP | Jeffrey M. Schlerf | jeffrey.schlerf@stinson.com |
| Counsel to Waste Management of Nevada, Inc. | Stinson LLP | Zachary H. Hemenway and Miranda S. Swift | zachary.hemenway@stinson.com; miranda.swift@stinson.com |
| UMB Bank, N.A. | UMB Bank, N.A. | Michael Slade | michael.slade@umb.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Top 30 Creditor / Committee of Unsecured Creditors | Washington Mills Electro Minerals Corporation | Kathy Dundas and Nancy Gates | kdundas@washingtonmills.com; ngates@washingtonmills.com |
| Counsel to Wells Fargo Bank, National Association | Womble Bond Dickinson (US) LLP | Matthew P. Ward and Lisa Bittle Tancredi | matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | Andrew Magaziner | amagaziner@ycst.com |

# Exhibit B

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor / Committee of Unsecured Creditors | Apex Grading & Paving, Inc. | Ryan Berindean | PO Box 19045 | | | Reno | NV | 89511 |
| Top 30 Creditor / Committee of Unsecured Creditors | Aquatech International, LLC | AR Muthiah and Michael J. Mancosh | One Four Coins Drive | | | Canonsburg | PA | 15317 |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to ThermoChem Recovery International, Inc. | Cole Schotz P.C. | Irving E. Walker | 1201 Wills Street, Suite 320 | | | Baltimore | MD | 21231 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| Counsel to the Official Committee of Unsecured Creditors | Eversheds Sutherland (US) LLP | Todd C. Meyers, Jennifer B. Kimble and Sameer M. Alifarag | The Grace Building, 40th Floor | 1114 Avenue of the Americas | | New York | NY | 10036 |
| Counsel to Distribution International Southwest, Inc and Specialty Distribution Group, LLC | Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP | Daniel M. Hansen and Madison G. Wedderspoon | 7251 W. Lake Mead Blvd., Suite 450 | | | Las Vegas | NV | 89128 |
| State Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Committee of Unsecured Creditors | Johnson Matthey Davy Technologies Ltd. | Amy Donohue-Babiak | 435 Devon Park Drive, Suite 600 | | | Wayne | PA | 19087-1998 |
| Counsel to PCL Administration LLC | Katten Muchin Rosenman LLP | Peter P. Knight and Joshua M. Altman | 525 W. Monroe Street | | | Chicago | IL | 60661-3693 |
| Counsel to PCL Administration LLC | Katten Muchin Rosenman LLP | Steven J. Reisman and Michael E. Comerford | 50 Rockefeller Plaza | | | New York | NY | 10020-1605 |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Kramer Levin Naftalis & Frankel LLP | Amy Caton, Alexander Woolverton, Douglas Buckley and Benjamin S. Sieck | 1177 Avenue of the Americas | | | New York | NY | 10036 |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Adam J. Goldberg, Brian S. Rosen and Meghana Vunnamadala | 1271 Avenue of the Americas | | | New York | NY | 10020 |
| Counsel to the Debtors' and Debtor in Possession Financing Lender - Switch Ltd. | Latham & Watkins LLP | Daniel E. Rees | 650 Town Center Drive, Floor 20 | | | Costa Mesa | CA | 92626 |
| Top 30 Creditor / Committee of Unsecured Creditors | Linde Inc. | Adrian Deneys and Jeffrey Weiss | 10 Riverview Dr. | | | Danbury | CT | 06810 |
| State Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | U. S. Department of Justice | Rosa Sierra-Fox | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |

**Exhibit B**
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Counsel to Specialty Welding & Turnarounds, LLC | Sills Cummis & Gross P.C. | Andrew Sherman, Boris Mankovetskiy and Gregory Kopacz | One Riverfront Plaza | | | Newark | NJ | 07102 |
| Counsel to Abeinsa Abener Teyma General Partnership | Snell & Wilmer L.L.P. | Bob L. Olson and Alex L. Fugazzi, P.C. | 1700 S. Pavilion Center Drive | | | Las Vegas | NV | 89135 |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| Counsel to Waste Management of Nevada, Inc. | Stinson LLP | Zachary H. Hemenway and Miranda S. Swift | 1201 Walnut, Suite 2900 | | | Kansas City | MO | 64106 |
| UMB Bank, N.A. | UMB Bank, N.A. | Michael Slade | 120 South Sixth Street, Ste 1400 | | | Minneapolis | MN | 55402 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| US Department of Justice | US Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530 |
| Top 30 Creditor / Committee of Unsecured Creditors | Washington Mills Electro Minerals Corporation | Kathy Dundas and Nancy Gates | 1801 Buffalo Avenue | | | Niagara Falls | NY | 14302 |
| Counsel to UMB Bank, N.A., as Trustee and Collateral Agent | Young Conaway Stargatt & Taylor, LLP | Andrew Magaziner | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 |